household of the relator and in the household of the respondents. All concur. (The order awards custody of an infant to the maternal grandparents in a habeas corpus proceeding.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Estate of FRANKLIN J. FRAIZE, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. (The decree dismisses objections to the account of an administrator.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

NATHANIEL H. FULLER, as Administrator, etc., of EMOGENE H. FULLER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24003.) — Judgment affirmed, with costs. All concur. (The judgment dismisses the claim in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

DOROTHY LOUISE JANTZ, an Infant, by RUDOLPH A. JANTZ, Her Guardian ad Litem, Appellant, v. HAMILTON WARD, JR., and Others, as Members of the Erie County Park Commission, and the COUNTY OF ERIE, Respondents.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to recover damages for personal injuries sustained by being thrown from a toboggan on a slide. The order denied plaintiff's motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OGDEN CRIM, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of manslaughter, second degree.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

HARRY F. CROWLEY, Appellant, v. CHARLES H. COLEY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover damages for personal injuries sustained by the collapse of a scaffolding. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

WILLIAM H. BRADLEY, Appellant, v. W. E. HEDGER TRANSPORTATION CORPORATION and Others, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

ETHEL COLLOPY REYNOLDS, Respondent, v. NATIONAL CHAUTAUQUA COUNTY BANK, Individually and as Trustee by Succession of the Last Will and Testament of WILLIAM BROADHEAD, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

ETHEL COLLOPY REYNOLDS, Respondent, v. NATIONAL·CHAUTAUQUA COUNTY BANK, Individually and as Trustee by Succession of the Last Will and Testament of WILLIAM BROADHEAD, Deceased, Defendant, A. HARRISON REYNOLDS, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA WOLF SCHICK, Respondent, v. ROLLAND B. MARVIN, Mayor, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.